# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**  13-rj-00014-NONE-MJW         FTR - Courtroom A-502

**Date:**  May 29, 2013                             Courtroom Deputy, Ellen E. Miller

| *Parties* | *Counsel* |
|---|---|
| NORA CALIANNO, | Howard R. King |
| Plaintiff(s), | |
| v. | |
| DISTINCTIVE BRANDS, INC., | Mark A. Larson |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   TELEPHONIC STATUS CONFERENCE
Court in Session:   9:33 a.m.
Court calls case.  Telephonic appearances of counsel.

It is noted a Notice of Bankruptcy was filed as to Distinctive Brands, Inc.  Status of this civil action and the Bankruptcy case 13-17780-MER is discussed.

Plaintiff makes an ORAL MOTION to Administratively Close this civil action.  With no objection from defendant,

**It is ORDERED:**    Plaintiff's ORAL MOTION to Administratively Close case is **GRANTED.** This civil action 13-rj-00014-NONE-MJW is ADMINISTRATIVELY CLOSED consistent with D.C.COLO.LCivR 41.2.

This case is subject to being re-opened upon good cause shown by either party.

**It is ORDERED:**    Plaintiff's MOTION FOR SUPPLEMENTARY PROCEEDINGS AND TURNOVER ORDER TO ENFORCE JUDGMENT [Docket No. **2**, filed April 18, 2013] is **DENIED  WITHOUT PREJUDICE.**

This motion may be re-filed if this case is ordered re-opened by the court.

Hearing concluded.    Court in recess:   9:46 a.m.   Total In-Court Time 00: 13

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.